UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ronald Bourdon

          v.                  Case No. 15-cv-138-LM

Michelle Goings, Warden,
Northern NH Correctional Facility

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 30, 2016, for the reasons set forth therein. Respondent's Motion to Dismiss claim 13 (document no. 18) is hereby granted, and Mr. Bourdon's petition is hereby denied as to the relief sought regarding said claim.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: December 29, 2016

cc:   Ronald Bourdon, pro se
      Elizabeth C. Woodcock, Esq.