```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Ronald Bourdon

        v.

Case No. 15-cv-138-LM

Northern NH Correctional Facility,
Warden

## O R D E R

After due consideration of the objection filed, I herewith approve the Supplemental Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 27, 2017 (document no. 39), for the reasons set forth therein. Mr. Bourdon will not be permitted to avoid the exhaustion requirement as set forth in § 2254(b)(1)(A).

    SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: June 12, 2017

cc: Ronald Bourdon, pro se
    Elizabeth Woodcock, Esq.