```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Ronald Bourdon

       v.

                                       Civil No. 15-cv-00138-LM

Michelle Goings, Warden,
Northern New Hampshire
Correctional Facility

                           O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 5, 2017, and deny both of plaintiff's motions (Doc. Nos. 50, 51) to proceed IFP on appeal in this matter.

     SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States District Judge

Date: September 26, 2017

cc:   Ronald Bourdon, pro se
       Elizabeth C. Woodcock, Esq.